# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
:
JEWISH EDUCATIONAL MEDIA, INC., :
:
            Plaintiff, :
: Case No. 1:21-cv-00978-MKB-RER
            v. :
: **STIPULATION AND [PROPOSED]**
MENDEL MINTZ AND SHMULY BUTLER, : **ORDER EXTENDING TIME TO**
: **ANSWER, MOVE, OR**
            Defendants. : **OTHERWISE RESPOND TO**
: **COMPLAINT**
------------------------------------------------------------ x

     IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for the parties that the deadline for Defendants Mendel Mintz and Shmuly Butler to serve an answer, move, or otherwise respond to the Complaint is hereby extended from March 16, 2021 to April 15, 2021.  There have been no prior extensions.

                                                                          Respectfully submitted,

DATED:    New York, New York
                 March 15, 2021

| | |
|---|---|
| /s/ Douglas R. Nemec | /s/ E. David Smith |
| Douglas R. Nemec | E. David Smith |
| One Manhattan West | 570 Lexington Avenue, 23rd Floor |
| New York, New York 10001 | New York, New York 10022 |
| Telephone:  (212) 735-3000 | Telephone:  (212) 661-7010 |
| douglas.nemec@probonolaw.com | edsmith@edslaw.net |
| | |
| *Attorney for Plaintiff Jewish Educational Media, Inc.* | *Attorney for Defendants Mendel Mintz and Shmuly Butler* |

**IT IS SO ORDERED**.

Dated: _____, 2021

_____
HON. MARGO K. BRODIE
CHIEF UNITED STATES DISTRICT JUDGE