# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEWISH EDUCATIONAL MEDIA, INC., | |
| Plaintiff, | Case No. 1:21-cv-00978-MKB-RER |
| v. | **NOTICE OF APPEARANCE** |
| MENDEL MINTZ AND SHMULY BUTLER, | |
| Defendants. | |

PLEASE TAKE NOTICE that E. David Smith, Esq., of Smith & Associates, hereby enters his appearance as counsel on behalf of Defendants Mendel Mintz and Shmuly Butler and requests that copies of all papers in this action be served upon the undersigned.

Dated: March 16, 2021   Respectfully submitted,

/s/ E. David Smith_____
E. David Smith, Esq.
SMITH & ASSOCIATES
570 Lexington Avenue, 23rd Floor
New York, NY 10022
(212) 661-7010
edsmith@edslaw.net

*Attorney for Defendants Mendel Mintz and Shmuly Butler*

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of March, 2021, I caused a true and correct copy of the foregoing **Notice of Appearance** to be served via the court's electronic notification system to the following:

Douglas R. Nemec, Esq.
One Manhattan West
New York, NY 10001
douglas.nemec@probonolaw.com
Attorney for Plaintiff Jewish Educational Media, Inc

                */s/* E. David Smith
                E. David Smith