**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------ x
                                                             :
JEWISH EDUCATIONAL MEDIA, INC.,                              :
                                                             :
                            Plaintiff,                       :   Case No. 1:21-cv-00978-MKB-RER
                                                             :
              v.                                             :
                                                             :   STIPULATION EXTENDING TIME
MENDEL MINTZ AND SHMULY BUTLER,                              :   TO ANSWER, MOVE, OR
                                                             :   OTHERWISE RESPOND TO
                            Defendants.                      :   COMPLAINT
                                                             :
------------------------------------------------------------ x
```

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for the parties that the deadline for Defendants Mendel Mintz and Shmuly Butler to serve an answer, move, or otherwise respond to the Complaint is hereby extended from April 15, 2021 to May 19, 2021. There has been one prior extension.

                                                                                                      Respectfully submitted,

DATED:      New York, New York
                 April 16, 2021

| /s/ Douglas R. Nemec | /s/ E. David Smith |
|---|---|
| Douglas R. Nemec | E. David Smith |
| One Manhattan West | 570 Lexington Avenue, 23rd Floor |
| New York, New York 10001 | New York, New York 10022 |
| Telephone: (212) 735-3000 | Telephone: (212) 661-7010 |
| douglas.nemec@probonolaw.com | edsmith@edslaw.net |
| | |
| *Attorney for Plaintiff Jewish Educational Media, Inc* | *Attorney for Defendants Mendel Mintz and Shmuly Butler* |

.

**IT IS SO ORDERED**.

Dated: _____, 2021

                                              _____
                                                      HON. MARGO K. BRODIE
                                           CHIEF UNITED STATES DISTRICT JUDGE