# SMITH & ASSOCIATES

### ATTORNEYS AT LAW

*400 Broadacres Drive, Suite 260*       *570 Lexington Avenue, 23rd Floor*
*Bloomfield, New Jersey 07003*       *New York, New York 10022*
*(973) 365–2770 • Fax (866) 882–7256*       *(212) 661–7010*
*www.edslaw.net • attorneys@edslaw.net*       *Fax (866) 882–7256*

July 16, 2021

**VIA ECF FILING**

Hon. Margo K. Brodie
Chief Judge
United States Federal Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn New York 11201

> **Re: Jointly Proposed Briefing Schedule for Defendants' Motion to Dismiss in _Jewish Educational Media vs. Mendel Mintz, et al.,_ Case No. 1:21-cv-00978-MKB-TAM**

To the Honorable Chief Judge Brodie:

This firm represents the Defendants Mendel Mintz and Shmuly Butler in the above-referenced matter. We write to inform the Court that, through counsel, all parties have conferred pursuant to this Court's July 6, 2021 order to the parties to confer and file a proposed briefing schedule for Defendants' motion to dismiss, and hereby jointly propose the following briefing schedule for that motion:

Defendants' Motion to Dismiss - on or before **Monday, August 9**
Plaintiff's Opposition to the Motion to Dismiss - on or before **Monday, September 27**
Defendants' Reply in Support of Their Motion to Dismiss - on or before **Monday, October 25**.

Respectfully submitted,

E. David Smith, Esq.

cc. Counsel for Plaintiff, via ECF
   David Nimmer, Esq., Co-Counsel for Defendants, via email

LEGAL ADVISORS WITH THE WISDOM AND COMMITMENT YOU NEED