# SMITH & ASSOCIATES

ATTORNEYS AT LAW

*400 Broadacres Drive, Suite 260*                      *570 Lexington Avenue, 23rd Floor*
*Bloomfield, New Jersey 07003*                              *New York, New York 10022*
*(973) 365–2770 • Fax (866) 882–7256*                                   *(212) 661–7010*
*www.edslaw.net • attorneys@edslaw.net*                               *Fax (866) 882–7256*

August 9, 2021

**VIA EMAIL and ECF**

Douglas R. Nemec, Esq.
Jordan Feirman, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
One Manhattan West
New York, New York 10001-8602
douglas.nemec@skadden.com
jordan.feirman@skadden.com

**Re:** **Defendants' Motion to Dismiss in *Jewish Educational Media vs. Mendel Mintz, et al.*, Case No. 1:21-cv-00978-MKB-TAM.**

Dear Counsel:

Pursuant to Rule 3D of Judge Brodie's Individual Practices and Rules, we attach the following documents on behalf of Defendants: (1) Defendants' Notice of Motion to Dismiss; (2) Defendants' Memorandum of Law in Support of Their Motion to Dismiss; and (3) a proposed Order.

Sincerely,

E. David Smith, Esq.

cc. counsel of record, via ECF filing

LEGAL ADVISORS WITH THE WISDOM AND COMMITMENT YOU NEED