ONE MANHATTAN WEST
NEW YORK, NY 10001
―――
TEL: (212) 735-3000
FAX: (212) 735-2000

EMAIL ADDRESS
JORDAN.FEIRMAN@PROBONOLAW.COM

September 27, 2021

**BY EMAIL**
Mr. E. David Smith
570 Lexington Avenue, 23rd Floor
New York, New York 10022
(212) 661-7010
edsmith@edslaw.net

      RE: *Jewish Educational Media, Inc. v. Mintz & Butler,*
         No. 1:21-cv-00978 (MKB) (TAM) (E.D.N.Y. 2021)

Dear Mr. Smith,

  Please find enclosed a copy of Plaintiff Jewish Educational Media, Inc.'s ("JEM") Memorandum of Law in Opposition to Defendants' Motion to Dismiss the Complaint. We look forward to receipt of Defendants' reply submission on or before Monday, October 25.

  In accordance with Chief Judge Brodie's Individual Practice and Rule 3.D, this cover letter is being electronically filed on the docket.

              Sincerely,

              */s Jordan Feirman*
              Jordan Feirman

cc: All counsel of record (via email/ECF)