ONE MANHATTAN WEST
NEW YORK, NY 10001

———

TEL: (212) 735-3000
FAX: (212) 735-2000

EMAIL ADDRESS
Jordan.Feirman@probonolaw.com

November 24, 2021

**VIA ECF**
The Honorable Taryn A. Merkl
United States Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201


   RE: *Jewish Educational Media, Inc. v. Mendel Mintz et al.*, No. 1:21-cv-00978

Dear Judge Merkl,

   In accordance with the Court's October 26 Minute Entry and Order (text order, entered Oct. 26), we write on behalf of Plaintiff and Defendants to provide Your Honor with a status update and request for a brief additional extension of existing deadlines in this matter.

   As noted in the parties' October 25 letter (ECF No. 24), the parties have executed a binding term sheet reflecting a settlement in principle. The parties have since exchanged drafts of a settlement agreement as well as a Consent Decree that the parties anticipate jointly requesting be So Ordered and entered on the docket.

   To allow the parties to finalize their negotiations and drafting of these documents, we respectfully request that the Court extend the deadlines set forth in the October 26 Minute Entry and Order until Thursday, December 9.

   We thank the Court for its time and attention to this matter.


        Respectfully submitted,

        /s/ Jordan A. Feirman

        *Counsel for Plaintiff*
        *Jewish Educational Media, Inc.*

cc (via ECF): Bruce Minsky, Esq.