# Law Offices of Bruce W. Minsky, P.C.

112 Brick Church Road
New Hempstead, New York 10977
Telephone: (646) 234-7006; (212) 956-3123
Facsimile: (702) 973-6607 (Not for Litigation Purposes)
E-mail: bwminsky@gmail.com

**Bruce W. Minsky, Esq.**
*Member of the California, Connecticut and New York Bars*

January 5, 2022

VIA ECF AND FEDEX

Hon. Margo K. Brodie, Chief Judge
United States District Court, Eastern District of New York
225 Cadman Plaza East, Chambers: N 626
Brooklyn New York 11201 Courtroom: 6F

    Re:    Jewish Educational Media, Inc. v. Mendel Mintz and Shmuly Butler
             Case No.: 1:21-cv-00978 (MKB)(TAM)

Dear Judge Brodie:

    This office is counsel for the Defendants Mendel Mintz and Shmuly Butler ("Defendant").

    In accordance with the Court's Individual Practices and Rules, Rule 3D, this letter package shall serve as the requisite courtesy copies to the Court of the Defendants' Motion to Dismiss identified below ("Motion"). The Motion documents, all of which filed ECF, are as follows:

        (i)    Defendants' Notice of Motion;
        (ii)    A Proposed Order;
        (iii)    Defendants' Memorandum of Law in Support of the Motion to Dismiss, with Exhibits [Plaintiff's Complaint]thereto; and,
        (iv)    Plaintiff's Memorandum of Law in Opposition.

    As per the Court's Individual Practices and Rules, a copy of this cover letter is being simultaneously sent to the U.S. Magistrate Judge Taryn A. Merkl *[Via FedEx]* and opposing to opposing counsel *[Via ECF]*, and is also being electronically filed.

    We thank the Court for its time and attention to this matter.

                          Very truly yours,

                           /bwm/

                         Bruce W. Minsky, Esq.

BWM/jm
cc: U.S. Magistrate Judge Taryn A. Merkl *(Via FedEx)*
Jordan Feirman, Esq. *(Via Email/ECF)*