ONE MANHATTAN WEST
NEW YORK, NY 10001

TEL: (212) 735-3000
FAX: (212) 735-2000

EMAIL ADDRESS
Jordan.Feirman@probonolaw.com

February 25, 2022

**VIA ECF**

Honorable Margo K. Brodie, Chief Judge
Honorable Taryn A. Merkl, Magistrate Judge
United States Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

RE: *Jewish Educational Media, Inc. v. Mendel Mintz et al.*, No. 1:21-cv-00978

Dear Chief Judge Brodie and Judge Merkl,

We write on behalf of Plaintiff Jewish Educational Media, Inc. ("JEM") and Defendants Mendel Mintz and Schmuly Butler to inform the Court that, after extensive renewed negotiations, all parties have executed a final Settlement Agreement to dispose of the above-captioned litigation. As part of the settlement, the parties have agreed to file a proposed Consent Decree and jointly request that it be So Ordered by the Court.

Accordingly, the parties formally and respectfully request that the Court So Order the Consent Decree attached to this letter, and enter the Consent Decree on the docket.

We thank the Court for its time and attention to this matter.

Respectfully submitted,

/s/ Jordan A. Feirman

*Counsel for Plaintiff*
*Jewish Educational Media, Inc.*

cc: Bruce Minsky, Esq. (counsel for Defendants)

Attachment